No. 93–5762. PROFETA v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–6074. ESPANA v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–6170. JONES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–680. HUBBARD, SECURITIES COMMISSIONER OF DELAWARE v. OLDE DISCOUNT CORP. C. A. 3d Cir. Motion of North American Securities Administrators Association, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 93–6431. BUSH v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

I am inclined to agree with Judge Kravitch, 988 F. 2d 1082, 1093 (CA11 1993) (opinion concurring in part and dissenting in part), and would grant certiorari on the issue whether counsel rendered effective assistance as required by the Sixth and Fourteenth Amendments.